No. 03–5453.  LLEWLYN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–5454.  LOU v. FILION, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–5455.  SUVANNUNT v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 7th Cir.  Certiorari denied.

No. 03–5456.  BRUNT v. MCADORY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–5460.  O'NEILL v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 03–5461.  MITCHELL v. LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–5462.  LAWRENCE v. ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 03–5463.  KNOX, AKA KNOX-EL v. GILLIS, JUDGE, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 03–5464.  JACKSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–5465.  AGUIRRE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–5466.  CRONE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5467.  CHAPMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–5469.  BURNSED v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 03–5470.  MCLESTER v. SUTTON, CORRECTIONAL ADMINISTRATOR I, PASQUOTANK CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.